BIBI RAJGOPAUL et al., Appellants, v TOYS "R" US, INC., Respondent. [747 NYS2d 792]

The defendant established its prima facie entitlement to summary judgment dismissing the complaint by showing that it neither created an unsafe condition nor had actual or constructive notice thereof (*see Pianforini v Kelties Bum Steer,* 258 AD2d 634; *Marcelle v New York City Tr. Auth.,* 289 AD2d 459). In response, the plaintiffs submitted no proof, only speculation, as to what actually may have caused the fall (*see Pianforini v Kelties Bum Steer, supra*). The conclusory affidavits supplied by the plaintiffs contradicted prior deposition testimony and do not constitute the sort of evidence needed to defeat a motion for summary judgment (*see Humphreys v Veneziano,* 268 AD2d 461; *see also Marcelle v New York City Tr. Auth., supra*).

The plaintiffs' remaining contentions are without merit. Florio, J.P., S. Miller, Crane and Mastro, JJ., concur.